```
SEYFARTH SHAW LLP
Patricia H. Cullison (SBN 101636)
Kathleen Cahill Slaught (SBN 168129)
Ann Marie Reding (SBN 226864)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SEYFARTH SHAW LLP
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN C. ANGELONE, | Case No. CV 05-02106 FCD JFM |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND ORDER** |
| v. | |
| SEYFARTH SHAW LLP, | |
| Defendant. | |

Plaintiff SUSAN C. ANGELONE ("Plaintiff") and Defendant SEYFARTH SHAW LLP ("Defendant") hereby stipulate to extend the expert discovery cut-off date from December 26, 2006 for the sole purpose of allowing Defendant to depose Plaintiff's designated experts on dates to be determined, but no later than February 28, 2007.

DATED: _____          SEYFARTH SHAW LLP

                              By: /s/ Patricia H. Cullison
                              Patricia H. Cullison
                              Kathleen Cahill Slaught
                                  Ann Marie Reding
                              Attorneys for Defendant
                              SEYFARTH SHAW LLP

DATED: _____

                              By: /s/ Daniel S. Weiss
                              Daniel S. Weiss
                              Attorneys for Plaintiff
                              SUSAN ANGELONE

///

1
2      IT IS SO ORDERED.
3
   Dated: December 13, 2006
4
5
6
7    _____
     FRANK C. DAMRELL, JR.
8         UNITED STATES DISTRICT JUDGE
9

2