1  Daniel S. Weiss, Esq. (SBN 91930)
   LAW OFFICES OF DANIEL S. WEISS
2  2277 Fair Oaks Blvd., Suite 495
3  Sacramento, CA 95825
   Telephone:  (916) 569-1610
4  Fax: (916) 569-1612
   Email:  DWeiss@cwnet.com
5

6  Ellen C. Dove, Esq., (SBN 06434)
   5325 Elkhorn Blvd., #160
7  Sacramento, CA 95842
   Telephone:  (916) 331-0111
8  Fax: (916) 726-8576
9  Email:  edove3136@aol.com

10 Attorneys for Plaintiff, SUSAN C. ANGELONE

11
   Patricia H. Cullison, Esq. (SBN 101636)
12 Kathleen Cahill Slaught, Esq. (SBN 168129)
   Anne Marie Reding, Esq. (SBN 226864)
13 560 Mission Street, Suite 3100
   San Francisco, California 94105
14 Telephone: (415) 397-2823
15 Fax: (415) 397-8549

16 Attorneys for Defendant SEYFARTH SHAW, LLP

17
**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SUSAN C. ANGELONE, | ) | CASE NO.:  2:05-CV-02106-FCD-JFM |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE |
| | ) | HEARING ON DEFENDANT'S MOTION |
| | ) | FOR SUMMARY JUDGMENT, |
| v. | ) | OR ALTERNATIVELY, |
| | ) | SUMMARY ADJUDICATION |
| SEYFARTH SHAW LLP, | ) | |
| | ) | Date: January 26, 2007 |
| Defendant. | ) | Time: 10:00 A.M. |
| _____ | ) | Courtroom: 2 |

Upon reading and filing the Stipulation of counsel for the parties; the Court finding good

-1-

Stipulation to Continue Hearing on Motion for Summary Judgment

1  cause therefor to exist;

2      IT IS HEREBY ORDERED that the hearing on Defendant's Motion for Summary

3  Judgment, or in the Alternative, for Summary Adjudication, be and is hereby continued from

4  January 26, 2007 to March 2, 2007, at 10:00 a.m., in Courtroom 2.

5      IT IS FURTHER ORDERED that Plaintiff's papers in opposition to the Motion shall be

6  filed and served upon Defendant's attorneys not later than February 6, 2007.

8  Dated:  January 11, 2006

                                              _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Hearing on Motion for Summary Judgment