Daniel S. Weiss, Esq. (SBN 91930)
LAW OFFICES OF DANIEL S. WEISS
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
Telephone:  (916) 569-1610
Fax: (916) 569-1612
Email:  DWeiss@cwnet.com

Ellen C. Dove, Esq., (SBN 06434)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone:  (916) 331-0111
Fax: (916) 726-8576
Email:  edove3136@aol.com

Attorneys for Plaintiff, SUSAN C. ANGELONE

Patricia H. Cullison, Esq. (SBN 101636)
Kathleen Cahill Slaught, Esq. (SBN 168129)
Anne Marie Reding, Esq. (SBN 226864)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Fax: (415) 397-8549

Attorneys for Defendant SEYFARTH SHAW, LLP

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN C. ANGELONE, ) | CASE NO.:  2:05-CV-02106-FCD-JFM |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| ) | ORDER FOR FURTHER |
| ) | EXTENSION OF EXPERT WITNESS |
| v. ) | DISCOVERY CUT OFF DATE |
| ) | |
| SEYFARTH SHAW LLP, ) | |
| ) | No Hearing Required |
| Defendant. ) | |
| _____ ) | |

Upon reading and filing the Stipulation of counsel for the parties; the Court finding good

-1-

[Proposed] Order for Further Extension of Expert Witness Discovery Cutoff Date

1  cause therefor to exist;

2      IT IS HEREBY ORDERED that the expert witness discovery cutoff date may be further

3  extended from February 28, 2007 to April 30, 2007, solely for the purpose of permitting

4  Defendant to depose Plaintiff's designated expert witnesses, on dates to be determined, but not

5  beyond this extended date.

7  DATED: January 11, 2007

9  _____

    FRANK C. DAMRELL, JR.

10     UNITED STATES DISTRICT JUDGE

[Proposed] Order for Further Extension of Expert Witness Discovery Cutoff Date