1  SEYFARTH SHAW LLP
   Patricia H. Cullison (SBN 101636)
2  Kathleen Cahill Slaught (SBN 168129)
   Ann Marie Reding (SBN 226864)
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Defendant
6  SEYFARTH SHAW LLP

7

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11 | SUSAN C. ANGELONE,           )  Case No. CV 05-02106 FCD JFM
                                  )
12 |         Plaintiff,           )  **STIPULATION AND ORDER**
                                  )  **REGARDING SETTLEMENT AND**
13 |    v.                        )  **DISMISSAL OF DEFENDANT'S BILL**
                                  )  **OF COSTS**
14 | SEYFARTH SHAW LLP,           )
                                  )
15 |         Defendant.           )
                                  )
16 |                              )

17      This stipulation is made and entered into by and between Plaintiff SUSAN C.
18 ANGELONE ("Plaintiff") and Defendant SEYFARTH SHAW LLP ("Defendant" or
19 "Seyfarth"), and is subject to the terms and conditions hereof and the approval of the Court.
20 Plaintiff and Defendant are referenced collectively herein as "the Parties."

21      1.      On October 19, 2005, Plaintiff brought a civil lawsuit against Seyfarth in the
22 United States District Court, Eastern District of California, Case No. S-05-2106 FCD/JFM.  On
23 April 2, 2007, the District Court granted Seyfarth's motion for summary judgment and dismissed
24 the case.  Plaintiff has a pending appeal against Seyfarth in the Ninth Circuit Court of Appeals,
25 Case No. 07-15783.

26      2.      On June 27, 2007, Plaintiff and Defendant reached a resolution of the action
27 pending in the Ninth Circuit Court of Appeals and agreed to dismiss the matter in its entirety,
28

1
JOINT STIPULATION AND [PROPOSED] ORDER / CASE NO. CV 05-02106 FCD JFM

with prejudice.  As part of the settlement terms, the parties also agreed to dismiss Defendant's Bill of Costs pending before this Court.

      3.      By Minute Order dated July 9, 2007, the Court awarded costs to Defendant.  The parties hereby stipulate that pursuant to the settlement terms, Defendant waives its right under the July 9, 2007 Minute Order.

DATED: July 26, 2007                                       LAW OFFICES OF DANIEL S. WEISS


                                                                                                              By /s/ Daniel S. Weiss
                                                                                                                    Daniel S. Weiss
                                                                                          Attorneys for Plaintiff
                                                                                          SUSAN C. ANGELONE

DATED: July 26, 2007                                       SEYFARTH SHAW LLP


                                                                                          By /s/ Ann Marie Reding
                                                                                                  Ann Marie Reding
                                                                                          Attorneys for Defendant
                                                                                          SEYFARTH SHAW LLP


**IT IS SO ORDERED**.

DATED: August 7, 2007



_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE